# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2890
L.T. Case No. 2024-SC-004132

_____

NATHAN A. DEWEY,

  Appellant,

  v.

JDM ORLANDO,

  Appellee.

_____

On appeal from the County Court for Seminole County.
Wayne Eric Culver, Judge.

Nathan A. Dewey, Lake Mary, pro se.

No Appearance for Appellee.

January 21, 2025

PER CURIAM.

  AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EISNAUGLE, BOATWRIGHT, and KILBANE, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————